IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KEVIN PITTMAN                                                                                          PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 1:08cv328-RHW

SHERIFF DAVID ALLISON                                                                          DEFENDANT

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED with prejudice.

SO ORDERED, this the 9th day of July, 2010.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE